## ESTATE AND GUARDIANSHIP OF E. A. G. C. TITTEL.

### No. 4697—Aug. 17, 1875.

JURISDICTION OF PETITION FOR LETTERS.—RESIDENCE.

Application for letters of guardianship should be made in the county where the proposed ward resides.

Construing sections, Pol. C., 52; C. C. P., 1294, 1747, 1763.

*W. H. L. Barnes,* for petitioner.

*McAllister* and *Loughborough,* for respondent.

This is an application of F. G. E. Tittel to be appointed guardian of the estate of his brother, an alleged incompetent person. It appears that the person of whom guardianship is sought is a resident of Santa Clara County.

By the COURT: The application should have been made in Santa Clara County, the place of residence. This Court has no jurisdiction of the case. The petition is dismissed.